# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00657-CV

**Sue A. Taylor, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW OF COMAL COUNTY
### NO. 2003CV-0194, HONORABLE BRENDA CHAPMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Sue A. Taylor appeals from the judgment entered against her by the trial court on a bail bond she signed as agent for American Contractors Indemnity Co. d/b/a Texas Bonding Co. Appellee the State of Texas has filed a letter brief conceding that appellant did not sign the bond as a surety herself and is not liable on the bond. The State having confessed error, we reverse the trial court's judgment and render judgment that the State take nothing in its action against appellant.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Reversed and Rendered

Filed:   May 27, 2004